# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

SHAIRIQ SEABROOKS,        )

      Plaintiff,       )

v.          )     Civil No. 1:11-0078
        )     Judge Trauger
C.C.A.–MEDICAL DEPT.,    )     Magistrate Judge Knowles
TN. DEPARTMENT OF CORRECTIONS, and   )
CORRECTIONS CORPORATION OF    )
AMERICA,       )

      Defendants.     )

## <u>CONSOLIDATED WITH</u>

SHAIRIQ SEABROOKS,        )

      Plaintiff,       )

v.          )     Civil No. 1:11-0079
        )     Judge Trauger
HERBERT LAYAS, *et al.*,    )     Magistrate Judge Knowles
        )
      Defendants.     )

## O R D E R

On January 18, 2012, the Magistrate Judge issued a Report and Recommendation

(Docket No. 51), to which no timely objections have been filed.  The Report and

Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law

of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's

claims in these consolidated cases against the Tennessee Department of Corrections are

**DISMISSED** pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2).

1

It is so **ORDERED**.

ENTER this 8th day of February 2012.

ALETA A. TRAUGER
U.S. District Judge

2