IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SHAIRIQ SEABROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:11-0078 |
| | ) | Judge Trauger |
| C.C.A.–MEDICAL DEPT., | ) | Magistrate Judge Knowles |
| TN. DEPARTMENT OF CORRECTIONS, and | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| SHAIRIQ SEABROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:11-0079 |
| | ) | Judge Trauger |
| HERBERT LAYAS, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 18, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 51), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's claims in these consolidated cases against the Tennessee Department of Corrections are **DISMISSED** pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2).

1

It is so **ORDERED**.

ENTER this 8th day of February 2012.

                                                          ALETA A. TRAUGER
                                                           U.S. District Judge