IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAIRIQ SEABROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:11-0078 |
| ) | Judge Trauger |
| C.C.A.–MEDICAL DEPT., ) | Magistrate Judge Knowles |
| TN. DEPARTMENT OF CORRECTIONS, and ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

**CONSOLIDATED WITH**

| | |
|---|---|
| SHAIRIQ SEABROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:11-0079 |
| ) | Judge Trauger |
| HERBERT LAYAS, *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 7, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 111), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that these consolidated cases are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

1

ENTER this 5th day of July 2012.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ALETA A. TRAUGER
U.S. District Judge